**Order entered October 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00524-CV

**BRIAN CAYCE BERTRAND, Appellant**

**V.**

**JOHN DAVID BERTRAND AND ANDREA GAIL ROBINSON BERTRAND, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15646**

## ORDER

Before the Court is Brian Cayce Bertrand's October 10, 2014 Motion for Leave to File a Record and to File a Supplement to Brief to Correct Errors and Omissions. The motion is **DENIED**.

/s/    ROBERT M. FILLMORE
PRESIDING JUSTICE